DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CATHERINE ALLEN BARRETT,**
Appellant,

v.

**GUARDIANSHIP OF PATRICIA A. ALLEN,**
Appellee.

No. 4D2023-0361

[August 8, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas R. Lopane, Judge; L.T. Case No. PRC22-0003062.

Angelena Michele Conant of Angelena M. Root, P.A., Fort Lauderdale, for appellant.

Christian Waugh and Mary A. Norberg of Waugh PLLC, Orlando, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***